IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERIZON PENNSYLVANIA, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION., et al. | : | No. 08-CV-3436 |

O R D E R

AND NOW, this 26th day of May, 2011, IT IS HEREBY ORDERED that plaintiffs' Motion for Summary Judgment on Count 1 of the Complaint (Doc. # 44) is GRANTED.

                                                      BY THE COURT:

                                                      /s/ J. William Ditter, Jr.
                                                      J. WILLIAM DITTER, JR., J.